UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

DWAYNE JOHN FATUM                                                                No. 21-50220

Chapter 7

Debtor

### ORDER GRANTING MOTION TO EXTEND TIME IN WHICH TO FILE REAFFIRMATION AGREEMENT WITH OLD NATIONAL BANK

Now before the Court is the Debtor's Motion to Extend Time in Which to File the Reaffirmation Agreement with Old National Bank for an additional thirty (30) days. From a review of the file and for good cause shown, it is hereby

ORDERED that this Motion is granted, and the Debtor shall have an additional thirty (30) days to file the Reaffirmation Agreement with Old National Bank.

Alan C. Stout
United States Bankruptcy Judge
Dated: November 16, 2021

*Prepared by*:
Todd A. Farmer
4975 Alben Barkley Drive, Suite 1
Paducah, KY  42001
(270) 201-7771
Fax: (270) 443-4631